IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANK VAN DEN BOSCH,

    Plaintiff,

v.

RICK RAEMISCH, DAN WESTFIELD,
MIKE THURMER, DON SIROTTA,
SGT. DULKE, WILLIAM POLLARD,
KEVIN POSTL, RICHARD SCHNEITER,
GARY BOUGHTON, SGT. HUIBREGTSE
and PETER ERIKSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-62-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    12/1/09
Peter Oppeneer, Clerk of Court        Date